**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| STEVEN LISS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:19-cv-00810-NJR-GCS |
| | ) |
| TMS INTERNATIONAL, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| TMS INTERNATIONAL, LLC., | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SUPREME TRUCKING & EXCAVATING, LLC and UNITED SCRAP METAL, INC., | ) ) ) |
| | ) |
| Third-Party Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT

Defendant, TMS INTERNATIONAL, LLC ("TMS"), by and through its attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7.1, moves for summary judgment Plaintiff, STEVEN LISS, and for the reasons set forth in its Statement of Uncontested Material Facts and supporting Memorandum of Law incorporated herein, and the reasons briefly summarized below:

1. On July 25, 2019, Plaintiff, Steven Liss ("Liss") filed the instant lawsuit for injuries he sustained in a trip-and-fall while attempting to make a delivery for his employer on February 7, 2019. [Doc. 1].

2.	On February 7, 2019, Liss was employed as a truck driver by Third-Party Defendant, SUPREME TRUCKING & EXCAVATING, LLC ("Supreme") and dispatched to deliver a load of scrap materials for Third-Party Defendant, United Scrap Metal, Inc. ("USM").

3.	As discussed at length in Defendant's Statement of Uncontested Material Facts and Memorandum of Law, when Liss arrived at the TMS site, the scales were closed due to flooding as a result of heavy rain.

4.	Despite the visible flooding and cone blocking access to the scales, Liss exited his truck to confirm that the scales were closed in the site office but did so without his mandatory hardhat, safety glasses, or paperwork for his load.

5.	When Liss exited his truck into the flooded area, he approached the site office using a path that required him to duck under a catwalk structure with two iron bars that were significantly shorter than his 6ft, 3in stature.

6.	After confirming that the scales were in fact closed, Liss took the same path back to his truck to call his dispatch, however he fell beneath the catwalk structure on his way back to the truck.

7.	As a result of his fall, Liss sustained a significant head laceration across the top of his head when he struck one of the iron bars and also fractured his tibia and fibula resulting in compartment syndrome.

8.	In the present action, Liss asserts that he "stepped in a hole or encountered uneven terrain that was concealed by the water" and that "[t]his concealed condition caused plaintiff to turn his right ankle and fall to the ground."

9.	There has been no evidence presented that a hole or otherwise uneven terrain caused Liss' fall as there is a smooth, steel plate at the base of the catwalk structure where Liss fell.

10. Liss also testified that he did not at any time reach down to feel what caused his fall.

11. As such, Plaintiff cannot show that TMS created or exacerbated any condition on the land because the flooding was the natural result of heavy rains reported in the area leading up to and including the date of his accident.

12. Plaintiff further cannot identify any concealed condition that allegedly caused him to trip and fall as he testified that he did not at any time reach down to feel what he tripped on.

13. There were no witnesses to Liss' fall.

14. Defendant respectfully requests this Court grant its Motion for Summary Judgment as no genuine issue of material facts exists that Defendant caused or otherwise contributed to Plaintiff's injury which resulted from his decision to encounter open and obvious flooding when he arrived at the visibly flooded site on February 7, 2019.

15. Filed contemporaneously herewith is Defendant's Memorandum of Law in Support of its Motion for Summary Judgment and Statement of Uncontested Material Facts.

WHEREFORE, Defendant, TMS INTERNATIONAL, LLC, respectfully prays for:

A. Entry of summary judgment in its favor; and

B. For such other and further relief as this Court deems just and proper.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/ Siobhán M. Murphy*
One of the attorneys for the Defendant
TMS INTERNATIONAL, LLC

Siobhán M. Murphy (ARDC No. 6207431)
Melissa A. Gardner (ARDC No. 6321760)
Abigail C. Horvat (ARDC No. 6336060)

4831-1720-4989.1  3

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
(312) 345.1718 / Fax: (312) 345.1778
Siobhan.Murphy@lewisbrisbois.com
Melissa.Gardner@lewisbrisbois.com
Abigail.Horvat@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2021, I electronically filed the foregoing with the U.S. District Court for the Southern District of Illinois, using the ECF system which will send a notification and a copy of such filing to all parties of record.

<em>/s/ Siobhán M. Murphy</em>

4831-1720-4989.1  5