**Instruction No. 35**

**Verdict Form A**

We, the jury, find for the plaintiff and against the defendant, and further find the following:

First, without taking into consideration the question of reduction of damages due to the negligence of the plaintiff, we find that the total amount of damages suffered by the plaintiff as a proximate result of the occurrence in question is $ *336132.02* , itemized as follows:

The reasonable expense of necessary medical care, treatment, and services received:

$ *513151.01*

The present cash value of the reasonable expenses of medical care treatment, and services reasonably certain to be received in the future:

$ *300,000*

The pain and suffering experienced as a result of the injuries:

$ *513151.01*

The pain and suffering reasonably certain to be experienced in the future, as a result of the injuries:

$ *50,000*

The emotional distress experienced:

$ *250,000*

The emotional distress reasonably certain to be experienced in the future:

$ *0*

The disability experienced:

$ *500,000*

The disability reasonably certain to be experienced in the future:

$ *0*

The disfigurement resulting from the injury:

$ *400,000*

The value of earnings lost:

$ *210,000*

The present cash value of earnings reasonably certain to be lost in the future:

$ *625,000*

Second, assuming that 100% represents the total combined negligence of all persons whose negligence proximately contributed to the plaintiff's injuries, including the plaintiff, and the defendant, we find that the percentage of such negligence attributable solely to the plaintiff is: *10* %

Third, after reducing the total damages sustained by the plaintiff by the percentage of negligence attributable solely to the plaintiff, we assess the plaintiff's recoverable damages in the sum of $ *3025171.82* .

