Instruction No. 37

Special Interrogatory Form

Do you find that the area where the plaintiff was injured was an open and obvious condition?

\_\_\_\_YES    ✗ NO

