If we fill out Form A do we still have to fill out Instruction No 37?



yes