**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| STEVEN LISS,                                               ) | |
|                                                            ) | |
|       Plaintiff,             ) | |
|                                                            ) | |
| v.                                                         )   | Case No.: 3:19-cv-00810-GCS |
|                                                            ) | |
| TMS INTERNATIONAL, LLC,                                    ) | |
|                                                            ) | |
|       Defendant.             ) | |
| _____ ) | |
|                                                            ) | |
| TMS INTERNATIONAL, LLC.,                                   ) | |
|                                                            ) | |
|       Third-Party Plaintiff, ) | |
|                                                            ) | |
| v.                                                         ) | |
|                                                            ) | |
| SUPREME TRUCKING &                                         ) | |
| EXCAVATING, LLC and UNITED                                 ) | |
| SCRAP METAL, INC.,                                         ) | |
|                                                            ) | |
|       Third-Party Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant, TMS INTERNATIONAL, LLC ("TMS"), hereby appeals to the United States Court of Appeals for the Seventh Circuit from the order entered in this action on June 06, 2022 (Doc. 199), and order entered in this action on May 31, 2022 (Doc. 198) denying TMS's motion for summary judgment on the pleadings and granting USM's motion for summary judgment on the pleadings.

Dated: June 30, 2022

                        Respectfully submitted,

                        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:
                  Siobhan M. Murphy
                  One of the attorneys for the Defendant
                  TMS INTERNATIONAL, LLC

Siobhán M. Murphy (ARDC No. 6207431)
Melissa A. Gardner (ARDC No. 6321760)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
(312)345.1718 / Fax: (312) 345.1778
Siobhan.Murphy@lewisbrisbois.com
Melissa.Gardner@lewisbrisbois.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this June 30, 2022, this document was electronically filed via the Court's authorized electronic filing service which will send notifications of filing to all counsel of record.

By: */s/ Siobhan M. Murphy* _____