# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 1, 2022

**To:** Monica A. Stump
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 22-2159

Caption:
STEVEN LISS,
    Plaintiff - Appellee

v.

TMS INTERNATIONAL LLC,
    Defendant - Third/Party Plaintiff - Appellant

v.

SUPREME TRUCKING & EXCAVATING, LLC and UNITED SCRAP METAL, INC.,
    Third/Party Defendants - Appellees

District Court No: 3:19-cv-00810-GCS
Clerk/Agency Rep Monica A. Stump
Magistrate Judge Gilbert C. Sison

Date NOA filed in District Court: 06/30/2022

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)