# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Steven Liss,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 19-cv-810-GCS |
| | ) |
| **TMS International LLC et al,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the parties' joint stipulation under Federal Rule of Civil Procedure 41(a)(1)(A) (Doc. 272), this case has been dismissed with prejudice with each party to bear its own costs.

IT IS SO ORDERED.

DATED: May 19, 2023

                                                MONICA A. STUMP, Clerk of Court
                                              *s/ Catina Simpson*
                                              Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge